In the Matter of the Appointment of a Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent. M. EDWARD HERMAN et al., Appellants; HELEN HERMAN, as Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent, et al., Respondents.

Argued June 5, 1953; decided October 16, 1953.

*David Schenker* for Alexander W. Herman and another, appellants, and *Bernard H. Sandler* for M. Edward Herman, appellant.

*Charles T. Murphy* for Helen Herman, respondent.

No appearance for Robert E. Dempsey, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. [See 306 N. Y. 674.]